UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL LUGO,

    Plaintiff,

v.                                                          Case No: 8:22-cv-23-CEH-JSS

EMERALD GREEN VILLAS
CONDOMINIUM ASSOCIATION,
INC.,

    Defendant.
_____/

**ORDER**

    Before the Court is Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. 10). In accord with Plaintiff's Notice of Voluntary Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    Plaintiff's Notice of Voluntary Dismissal With Prejudice is **APPROVED** (Doc. 10).

    2)    This cause is dismissed, with prejudice.

    3)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

    **DONE AND ORDERED** in Tampa, Florida on February 14, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:

Counsel of Record